**CHAMBERS OF**
**JOHN R. PADOVA**
JUDGE

6614 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-1178

June 8, 2004

Mary M. Lisi
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE
2005 JUN 14 A 10: 4
RECEIVED

     Re: Calendar Year 2003 Filing

Dear Chairperson Lisi:

     The following is my response to the Committee's letter dated June 1, 2004, and is to be considered an amendment to my 2003 Report:

     Part VII   Page 6, Lines 94 and 95. The income amount in Column B(1) should be left blank and the Type in Column B(2) should be amended to read "none."

     Part VII, Page 7, Line 105. The following information should be added:
          Column B(1) should read "A"
          Column B(2) should read "Div."

     If you need any further information, please do not hesitate to contact me.



               Sincerely,

               John R. Padova

jrp/gmk

AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>PADOVA, JOHN R. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>04/14/2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT COURT JUDGE | 5. Report Type (check type)<br><br>___ Nomination, Date ___ / / ___<br><br>___ Initial    X Annual    ___ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>6614 U.S. COURTHOUSE<br><br>601 MARKET STREET<br><br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | Prior earned fee distribution | 1,000 |
| 2 | | |
| 3 | | |
| 4 | | |

# IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | N.Y. Intellectual Property Law Assoc., Inc. | Annual dinner for fed.jud. 3/28/03 NY |
| 2 | | a. trans., pkg, cab, tips for Judge ▮▮▮▮ |
| 3 | | b. Assn pd directly-hotel, lodg. & meal |
| 4 | | for Judge ▮▮▮▮ |
| 5 | | |
| 6 | | |
| 7 | | |

# V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

# VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | — |
| 2 | | | — |
| 3 | | | — |
| 4 | | | — |
| 5 | | | — |
| 6 | | | — |

* VAL CODES: J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 04/14/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 VKM PA QUALITY MUN TR ▆ | ▆▆▆ | | | | | | | | |
| 2 PENNA HSG FIN AGY ▆ 10/1/14 | ▆▆▆ | | | | | | | | |
| 3 ▆ BANK CHKG ▆ | ▆▆▆ | | | | | | | | |
| 4 V.K. AMER. CAP MUNI FUND PA | ▆▆▆ | | | | | | | | |
| 5 ▆ IRA PNC ▆ | ▆▆▆ | | | | | | | | |
| 6 MORGAN STANLEY Q. M.I.T. | ▆▆▆ | | | | | | | | |
| 7 ALLIANCE Pa. TR-M.M. ▆ | ▆▆▆ | | | | | | | | |
| 8 Boston Capital ▆ 17 | ▆▆▆ | | | | | | | | |
| 9 Pa Fin. Auth Beaver Co. ▆ | ▆▆▆ | | | | | | | | |
| 10 Bank Chkg & Sav. ▆ Bank | ▆▆▆ | | | | | | | | |
| 11 Luzerne Co. of PA I.D. 10/1/17 | ▆▆▆ | | | | | | | | |
| 12 Philadelphia PA Redev 12/1/08 | ▆▆▆ | | | | ▆▆▆ | | | | |
| 13 Phila PA Mun Auth 7/15/17 | ▆▆▆ | | | | ▆▆▆ | | | | |
| 14 Dallas Ft. Worth | ▆▆▆ | | | | | | | | |
| 15 New Hampshire St. Bus. Fin. | ▆▆▆ | | | | | | | | |
| 16 PA Econ. Dev. Fin. G&B | ▆▆▆ | | | | | | | | |
| 17 Exelon | ▆▆▆ | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2) U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 18 ▮▮ Sav-Act | ▮▮▮ | | | | | | | | |
| 19 Penn. Interg. Coop. Auth 6/15/06 ▮ | ▮▮▮ | | | | | | | | |
| 20 Beaver Co. Pa. IDA 5/1/20 | ▮▮▮ | | | | | | | | |
| 21 Northumberland Cnty. Pa. 10/15/23 | ▮▮▮ | | | | | | | | |
| 22 Phila. PA Hosp & Hi Ed. Ser A 6/1/23 | ▮▮▮ | | | | | | | | |
| 23 Pitts, PA Urban R. 4/1/22 | ▮▮▮ | | | | ▮▮ | | | | |
| 24 Phila Gas Works 14th Ser. A 7/1/8 ▮ | ▮▮▮ | | | | ▮▮ | | | | |
| 25 Lehigh Co. PA Gen. Purp A 12/15/23 | ▮▮▮ | | | | | | | | |
| 26 Pa Conv.Ctr.Aut 9/1/19 | ▮▮▮ | | | | | | | | |
| 27 Boston Cap Ser 23 | ▮▮▮ | | | | | | | | |
| 28 Phila Pa Arpt 6/15/09 ▮ | ▮▮▮ | | | | | | | | |
| 29 Beaver Cnty Pa. IDA (Tol Ed) 5/1/20 | ▮▮▮ | | | | | | | | |
| 30 Luzerne Cnty Pa IDA 1/1/19 ▮ | ▮▮▮ | | | | | | | | |
| 31 Hazleton Pa. Sch. Dis. 3/1/16 ▮ | ▮▮▮ | | | | | | | | |
| 32 Phila Pa Mun.5.625% 11/15/14 ▮ | ▮▮▮ | | ▮▮ | | | | | | |
| 33 Boston Cap SER 15 & 18 ▮ | ▮▮▮ | | | | | | | | |
| 34 ▮▮/DLJSC RETIREMENT PLAN ACT. IRA | ▮▮▮ | | | | | | | | ▮▮▮ |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 04/14/2004 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 - ACM Man. Dollar Inc. Fund | ▓ | ▓ | ▓ | | | | | | |
| 36 - Pershing Gov Act-mm | ▓ | ▓ | | | | | | | |
| 37 - ACM Govt. Sec. Fund | ▓ | ▓ | | | | | | | |
| 38 - Alliance World Fund | ▓ | ▓ | | | | | | | |
| 39 - Commercial Act Lease Realty, Inc. | ▓ | ▓ | | | | | | | |
| 40 - Aspen Group Res. Corp. | | ▓ | ▓ | | | | | | |
| 41 - Templeton Emer Mktg. Inc. | ▓ | ▓ | ▓ | | | | | | |
| 42 - U.S. Treas. Sec Strip 11/15/05 | | ▓ | ▓ | | | | | | |
| 43 - U.S. Treas. Sec Strip 11/15/06 | | ▓ | ▓ | | | | | | |
| 44 - Pepsico Cap Res Inc. 4/01/11 | | ▓ | ▓ | | | | | | |
| 45 - U.S. Treas SEC Strip 11/15/11 | | ▓ | ▓ | | | | | | |
| 46 - Fid. Adv. Sr 11 Gro Opty Fd. B | ▓ | ▓ | ▓ | | | | | | |
| 47 - Putnam Inv Fds - Gro B | ▓ | ▓ | ▓ | | | | | | |
| 48 - USEC Inc | ▓ | ▓ | ▓ | | | | | | |
| 49 - PP&L RES Inc. | ▓ | ▓ | ▓ | | | | | | |
| 50 - Allete Inc | ▓ | ▓ | ▓ | | | | | | |
| 51 - Van Kampen Amer Cap Sr Inc. | ▓ | ▓ | ▓ | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 52 - Fedl Natl Mtge - Yr 2001-69 | ▓▓▓▓ | | ▓▓▓▓ | | | | | | |
| 53 - Fedl Hm Ln-Remic 2454 6.5 | ▓▓▓▓ | | ▓▓▓▓ | | | | | | |
| 54 - FHLMC Ser-2496 5.5 | ▓▓▓▓ | | | | | | | | |
| 55 - Fedl Hm Ln-Remic 2357 6.5 | ▓▓▓▓ | | ▓▓▓▓ | | | | | | |
| 56 - FHLMC Ser 2531 | ▓▓▓▓ | | ▓▓▓▓▓▓ | | | | | | |
| 57 Berks Cty. Pa M.A. - Phoebe | ▓▓▓▓ | | | | | | | | |
| 58 New Jersey Econ Dev 10/23 | ▓▓▓▓ | | | | | | | | |
| 59 Allegheny Pa IDA - Presb. 1/06 | ▓▓▓▓ | | | | | | | | |
| 60 Evergreen Money Mkt 9 ▓▓ | ▓▓▓▓ | | | | | | | | |
| 61 PA Interg. Coop Auth 6/15/23 ▓ | ▓▓▓ | | ▓▓▓▓ | | | | | | |
| 62 ▓▓▓▓ CD ▓▓▓ | ▓▓▓▓ | | | | | | | | |
| 63 Beaver Co. IDA 6/1/28 ▓ Ship. | ▓▓▓▓ | | | | | | | | |
| 64 Erie Co. H.A. - St. Mary's ▓ | ▓▓▓▓ | | | | | | | | |
| 65 Louisiana Loc. Govt. St. James ▓ | ▓▓▓▓ | | | | | | | | |
| 66 Vanguard Pa L/T Tax Ex Fund | ▓▓▓▓ | | | | | | | | |
| 67 Vanguard M/M - IRA | ▓▓▓▓ | | | | | | | | |
| 68 Vanguard B/M - IRA | ▓▓▓▓ | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PADOVA, JOHN R. | 04/14/2004 |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Vanguard 500 - IRA | ▓▓▓ | | | | | | | | |
| 70 American Century ▓ | ▓▓▓ | | | | | | | | |
| 71 Beaver Co PA IDA Ship 6/1/28 ▓ | ▓▓▓ | | | | | | | | |
| 72 Del Co. PA Hosp A - Crozier | ▓▓▓ | | | | | | | | |
| 73 Bucks Co. PA IDA - Chandler | ▓▓▓ | | | | | | | | |
| 74 Montgomery Co. PA Hgr Ed. Auth Temple 7/1/07,7/1/19,7/1/29 | ▓▓▓ | | | | | | | | |
| 75 Chester Co. PA Higher Ed. 6/1/18 | ▓▓▓ | | | | | | | | |
| 76 PA Hsg Fin. Agy 10/1/29 | ▓▓▓ | | | | | | | | |
| 77 Ohio State Env. 5/1/29 ▓ | ▓▓▓ | | | | | | | | |
| 78 ▓ Bank Sav. ▓ | ▓▓▓ | | | | | | | | |
| 79 Allegheny Co. Pa. USX-5.6 | ▓▓▓ | | | | | | | | |
| 80 Allegheny Co. Pa. Res. Fin. (5)5.35 *4.2-9/1/01 | ▓▓▓ | | | | | | | | |
| 81 Allegheny Co. Pa.-South Hills 8.625 | ▓▓▓ | | | | | | | | |
| 82 Allegheny Co. Pa - South Hills 7.4 | ▓▓▓ | | | | | | | | |
| 83 NJ Econ Dev - Seashore | ▓▓▓ | | | | | | | | |
| 84 Allegheny Co. Pa. IDA 6-6▓ | ▓▓▓ | | | | | | | | |
| 85 Allegheny Co.PA. H.E.-theil | ▓▓▓ | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br>PADOVA, JOHN R. | Date of Report<br>04/14/2004 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  Allegheny Co. PA. IDM. USX 5.5 | ▮▮▮▮ | | | | | | | | |
| 87  Indiana Co. PA IDA 6/1/27 | ▮▮▮▮ | | | | | | | | |
| 88  NJ Economic Dev-Presby. | ▮▮▮▮ | | | | | | | | |
| 89  Conn St. Dev. Auth - 4/1/21 | ▮▮▮▮ | | | | | | | | |
| 90  Blair Co.-Penn St 1/1/22 | ▮▮▮▮ | | | | | | | | |
| 91  "Blair Co.-" 1/1/34 | ▮▮▮▮ | | | | | | | | |
| 92  Lehigh Co. G.P.A.-Bible 11/1/33 | ▮▮▮▮ | | | | | | | | |
| 93  Kemper Pa. Mun. Cash Fund | ▮▮▮▮ | | | | | | | | |
| 94  Del. Co. Pa. Auth. Cabrini | | | ▮▮▮ | | ▮▮▮ | | | | |
| 95  Puerto Rico Hwy & T. | | | ▮▮▮ | | ▮▮ | | | | |
| 96  Bessemer Ala. Academy | ▮▮▮▮▮▮ | | | | | | | | |
| 97  Miami Dade Co. Fla. Av. | ▮▮▮▮▮▮ | | | | | | | | |
| 98  Jefferson Co. Ala. Sewer | ▮▮▮▮▮▮ | | | | | | | | |
| 99  Nuneen Select | ▮▮▮▮▮▮ | | | | | | | | |
| 100  Pa. St. Tpk. Comn Oil | ▮▮▮▮▮▮ | | | | | | | | |
| 101  IRA | | | | | | | | ▮▮▮ | |
| 102  - FHLMC 2/1/03-2567 | ▮▮▮▮▮▮ | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth. Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 - FNMA GTD. 4/1/03 | ▇▇▇ | ▇▇▇▇▇ | | | | ▇▇▇ | | | |
| 104 - FEDL Hom. Ln Mtge 4/17/18 | ▇▇▇ | ▇▇▇▇▇ | | | | ▇▇▇ | | | |
| 105 - Cons Edison Ins. Com. | | | ▇▇▇ | | | ▇▇▇ | | | |
| 106 | | | | | | | | | |
| 107 | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | | | | | | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PADOVA, JOHN R. | 04/14/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signatur_____ Date _4-15-04_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544